JOHN J. HANLEY, Respondent, *v.* CITY OF NEW YORK, Appellant.

Argued June 4, 1937; decided July 13, 1937.

*Paul Windels, Corporation Counsel (William S. Gaud, Jr., Paxton Blair and Robert H. Schaffer),* for appellant. *Sidney Sugarman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.